1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   STEVEN NELSON
7

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
10

11

12 UNITED STATES OF AMERICA,              CR 12-00208 YGR

13              Plaintiff,               STIPULATION TO CONTINUANCE
                                         AND EXCLUSION OF TIME UNDER
14      v.                               THE SPEEDY TRIAL ACT, 18 U.S.C. §
                                         3161 ET. SEQ.;  ORDER
15 STEVEN NELSON,

16              Defendant.

17

18      IT IS HEREBY STIPULATED, by and between the parties to this action, that the status

19 hearing date of April 19, 2012, presently scheduled at 2:00 p.m. before the Honorable Yvonne

20 Gonzalez Rogers, be vacated and the matter be re-set for May 3, 2012 for change of plea.

21      The requested continuance is necessary because, although the defendant and the government

22 have agreed upon the terms of a plea agreement, defendant requires a short continuance to review

23 the final written agreement.

24      The parties agree and stipulate that the time until May 3, 2012 should be excluded, under 18

25

26

CR 12-00208 YGR
Stipulation to Continuance and Exclusion of Time
                                         1

1   U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the

2   granting of the continuance outweigh the bests interests of the public and the defendant in a speedy

3   and public trial. The continuance is necessary to afford the Defendant continuity of counsel.

4

5   Date: April 18, 2012                    /s/
                                       ELLEN V. LEONIDA

6                                         Assistant Federal Public Defender
                                        Counsel for defendant STEVEN NELSON

7

8

9   Date: April 18, 2012                       /s/
                                         WILLIAM J. GULLOTTA

10                                         Assistant United States Attorney

11

12                                    ORDER

13       The court finds that the ends of justice served by the granting of the continuance outweigh

14   the bests interests of the public and the defendant in a speedy and public trial. The continuance is

15   necessary to accommodate counsel's preparation efforts and continuity of counsel.  Based on these

16   findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 3,

17   2012 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, and that time is excluded until

18   May 3, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv) .

19       IT IS SO ORDERED.

20

21

22   __April 18, 2012_____
    Date                                  HON. YVONNE GONZALEZ ROGERS

23                                  UNITED STATES DISTRICT JUDGE

24

25

26

CR 12-00208 YGR
Stipulation to Continuance and Exclusion of Time