1 GEOFFREY A. HANSEN
Acting Federal Public Defender
2 ELLEN V. LEONIDA
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500
Facsimile: (510) 637-3507
5 ellen_leonida@fd.org

6 Counsel for Defendant
STEVEN NELSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 12-00208 YGR |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | |
| STEVEN NELSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled sentencing date of August 2, 2012 at 2:00 p.m., before the Hon. Yvonne Gonzalez Rogers, be vacated and that sentencing be re-set for August 30, 2012 at 2:00 p.m..

The requested continuance is necessary in order to facilitate the preparation of a timely draft pre-sentence report. Defense counsel will be out of the office between May 11, 2012 and June 26, 2012. When the current date was set, defense counsel anticipated completing the probation interview before leaving. However, the probation department is conducting a mandatory training for all PSR report writers on May 9 and 10, 2012, so it will not be possible to conduct an interview with Mr. Nelson prior to May 11, 2012.

| | |
|---|---|
| Date: May 8, 2012 | /s/<br>Ellen V. Leonida<br>Assistant Federal Public Defender<br>Counsel for defendant STEVEN NELSON |
| Date: May 8, 2012 | /s/<br>WILLIAM GULLOTTA<br>Special Assistant United States Attorney |

ORDER

The court finds that the requested continuance is necessary for continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 30, 2012 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers.

IT IS SO ORDERED.

| | |
|---|---|
| May 8, 2012<br>Date | HON. YVONNE GONZALEZ ROGERS<br>UNITED STATES DISTRICT JUDGE |